IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TONI RAVEN, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>vs.<br><br>K.U.S.H. (KINDER UNDERSTANDING SENSITIVE HEALING) COLLECTIVE d/b/a KUSH PHARM, a California corporation,<br><br>    *Defendant*.<br>_____/ | CLASS ACTION<br><br>Case No. 2:21−cv−00731−JFW |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Toni Raven, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this this action as follows:

1. All claims of the Plaintiff, Toni Raven, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: May 28, 2021

Respectfully Submitted,

*/s/ Joshua Moyer*
**SHAMIS & GENTILE, P.A.**
Joshua Moyer, Esq. (CA Bar No. 259908)
401 W A Street, Suite 200
San Diego, CA 92101
Telephone: 305-479-2299
jmoyer@shamisgentile.com

*Counsel for Plaintiff and the Class*

### CERTIFICATE OF SERVICE

      I hereby certify that on May 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                                By:    *Joshua Moyer*

                                      *Counsel for Plaintiff and the Class*